**DOCKET NUMBER**: CR 10-497   (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

**Date Received By Docket Clerk**:_____   **Docket Clerk Initials**:_____

**BEFORE JUDGE**: GARAUFIS   **DATE**: NOVEMBER 2, 2010   **TIME IN COURT** __ HRS   60   MINS @ 10:30 AM

**1. DEFENDANT**: DARSHANAND SITARAM

Present X   Not Present _____   Custody _____   Not Custody X

**DEFENSE COUNSEL**: MICHAEL WEIL
X Federal Defender   CJA   RETAINED

**2. DEFENDANT**:

**DEFENSE COUNSEL**:

**3. DEFENDANT**:

**DEFENSE COUNSEL**:

**4. DEFENDANT**:

**DEFENSE COUNSEL**:

**A.U.S.A.**: MICHAEL WARREN

**COURT REPORTER**: ALLAN SHERMAN

**INTERPRETER**:   **LANGUAGE**:

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | Bail Application | ☐ | Sentencing on a violation |
| ☐ | Pre Trial Conference | ☐ | Motion Hearing |
| ☐ | Violation | ☐ | Hearing |
| ☐ | Status Conference | ☐ | Sentencing |
| ☐ | Bail Revocation Hearing | ☐ | Motion for sentence reduction |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |

**Speedy Trial Start**:   **Speedy Trial Stop**:   **CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?**   YES   NO   X

THE DEFENDANT PLEADS GUILTY TO COUNTS 1-12 OF THE INDICTMENT.
SENTENCING IS SCHEDULED FOR FRIDAY, FEBRUARY 11, 2011 @ 11:30 AM.